# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, | Case No.: 2:22-cv-00954-APG-NJK |
| Plaintiff | **Order Setting Briefing Schedule and Hearing** |
| v. | [ECF Nos. 7, 8, 9, 10] |
| NATIONAL DEFAULT SERVICING CORPORATION and SPECIALIZED LOAN SERVICING LLC, | |
| Defendants | |

I ORDER that plaintiff RH Kids, LLC's motions to shorten time **(ECF Nos. 8, 10) are GRANTED.**

I FURTHER ORDER that the defendants have until 12:00 p.m. on Monday, June 27, 2022 to file a response to both the motion to remand (ECF No. 7) and the motion for temporary restraining order (ECF No. 9). The response to the motion to remand should include evidence to support the citizenship allegations made in the amended petition for removal.

I FURTHER ORDER that plaintiff RH Kids, LLC may file a reply by 12:00 p.m. on Tuesday, June 28, 2022.

I FURTHER ORDER that I will hold a hearing on the motions to remand and for a temporary restraining order on Thursday, June 29, 2022 at 11:00 a.m. This hearing will be conducted by videoconference. The courtroom administrator will provide counsel with the link to attend the video conference.

Members of the public seeking access to this hearing must contact the courtroom administrator Melissa Johansen by email at Melissa_Johansen@nvd.uscourts.gov before the day of the hearing. Persons granted remote access to proceedings are reminded of the general

prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the Court.

      Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

      DATED this 23rd day of June, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE