JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tele: (702) 870-1777
Fax:  (702) 870-0500
Email:  Yosuphonglaw@gmail.com

*Attorney for Plaintiff, RH Kids, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RH KIDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, an Arizona corporation; SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; RADAN HOLDINGS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-00954-APG-NJK**<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS AND DEADLINES RELATED TO MOTION TO DISMISS [ECF 28] AND MOTION TO EXPUNGE LIS PENDENS [ECF 29] PENDING RESOLUTION OF RENEWED MOTION TO REMAND [ECF 27]** |

Pursuant to Local Rules LR 7-1, the undersigned parties hereby stipulate and agree to continue/stay the proceedings and deadlines related to Motion to Dismiss [ECF 28] and Motion to Expunge Lis Pendens [ECF 29] pending resolution of Renewed Motion to Remand [ECF 27] as set forth more fully below. Because there will be no hardship by any of the parties and in the interest of judicial economy, counsel for the parties agree and stipulate to continue/stay the proceedings and deadlines related to Motion to Dismiss [ECF 28] and Motion to Expunge Lis Pendens [ECF 29] pending the resolution of Renewed Motion to Remand  [ECF 27].

1. On July 18, 2022, Plaintiff, RH Kids LLC ("Plaintiff"), filed its Renewed Motion to

Remand [ECF 27].

2. On July 28, 2022, Defendants, National Default Servicing Corporation and Specialized Loan Servicing LLC (collectively "Defendants"), filed their Motion to Dismiss [ECF 28] and Motion to Expunge Lis Pendens [ECF 29].

3. On August 1, 2022, Defendants filed their Response to Motion to Remand [ECF 30].

4. On August 8, 2022, Plaintiff filed its Reply to Response to Motion to Remand [ECF 31]. Thus, Plaintiff's Motion to Remand [ECF 27] has ben fully briefed.

5. The present deadline for Plaintiff's Responses to Motion to Dismiss [ECF 28] and Motion to Expunge Lis Pendens [ECF 29] is August 11, 2022.

6. Defendant, Radan Holdings, LLC ("Radan"), has not filed a responsive pleading or any other response to the Amended Complaint [ECF 24] as it has not yet been served the Summons and  Amended Complaint.  Thus, acquiescence of Defendant, Radan, to this stipulation is unnecessary.

7. Based on the agreement of counsel, the Parties hereby stipulate and agree that:

- all proceedings, including deadlines for Responses (which are presently due on August 11, 2022) , related to the Motion to Dismiss [ECF 28] and Motion to Expunge Lis Pendens [ECF 29] be stayed until fourteen (14) days after the Court issues its order either granting or denying the Motion to Remand [ECF 27].  If the Court denies the Motion to Remand [ECF 27], the Reponses to the Motion to Dismiss [ECF 28] and Motion to Expunge [ECF 29] shall be filed within fourteen (14) days after the Court issues its order.

///
///
///
///
///
///
///

PAGE 2

126629538

8. The parties enter this stipulation in good faith and not out of a desire to harass or delay the litigation of this action.

IT IS SO AGREED AND STIPULATED.

DATED this 10th day of August, 2022.

| /s/ *Krista J. Nielson* | /s/ *Joseph Y Hong* |
|---|---|
| Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>TIFFANY & BOSCO, P.A.<br>10100 W. Charleston Blvd., Ste. 220<br>Las Vegas, NV  89135<br>knielson@tblaw.com<br>*Attorney for National Default Servicing Corporation and Specialized Loan Servicing, LLC* | Joseph Y Hong, Esq.<br>Nevada Bar No. 005995<br>HONG & HONG LAW OFFICE.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>yosuphonglaw@gmail.com<br>*Attorneys for Plaintiff, RH Kids, LLC* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2022

126629538