# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, | Case No.: 2:22-cv-00954-APG-NJK |
| Plaintiff | **Order for Jurisdictional Discovery** |
| v. | |
| NATIONAL DEFAULT SERVICING CORPORATION, et al., | |
| Defendants | |

Plaintiff RH Kids, LLC moves to remand this case to state court, arguing that complete diversity no longer exists based on its amended complaint. RH Kids contends that it has members in Nevada and Arizona, so it is not diverse from defendants National Default Servicing Corporation and newly added defendant Radan Holdings, LLC. National Default and defendant Specialized Loan Servicing, LLC question whether RH Kids has members in Nevada and Arizona because RH Kids has presented no evidence to support that contention. Because the parties dispute factually whether complete diversity exists, I will order jurisdictional discovery and supplemental briefing.

I THEREFORE ORDER that the case remains stayed pending resolution of the motion to remand except for a brief jurisdictional discovery period.

I FURTHER ORDER that until November 15, 2022, the parties may conduct discovery related to this court's subject matter jurisdiction over this case. By December 2, 2022, the

/ / / /

/ / / /

parties shall file supplemental briefs on whether there is complete diversity. The parties may file responses within 7 days. No replies may be filed.

DATED this 23rd day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE