# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, | Case No.: 2:22-cv-00954-APG-NJK |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 11] |
| NATIONAL DEFAULT SERVICING CORPORATION, et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 24),

I ORDER that the defendants' motion to dismiss **(ECF No. 11) is DENIED as moot** because it is directed at the original complaint.

DATED this 23rd day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE